**RAB18J** (10/05)

# United States Bankruptcy Court

District of Utah

**Case No. 06−21154**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brent Reed
1504 N 1075 W
Clinton, UT 84015

Tami Reed
1504 N 1075 W
Clinton, UT 84015

Social Security No.:
xxx−xx−1287
xxx−xx−3724

Employer's Tax I.D. No.:

Petition date: 4/10/06

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 7/26/06

Glen E. Clark
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM RAB18J continued (10/05)

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A JOINT CHAPTER 7 CASE**

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 1088-2          User: mkh              Page 1 of 1             Date Rcvd: Jul 26, 2006
Case: 06-21154                Form ID: rab18j        Total Served: 15

The following entities were served by first class mail on Jul 28, 2006.
db           +Brent Reed,   1504 N 1075 W,   Clinton, UT 84015-5306
db           +Tami Reed,   1504 N 1075 W,   Clinton, UT 84015-5306
aty          +Richard C. Terry,   Corbridge Baird & Christensen,   39 Exchange Place,   Suite 100,
                Salt Lake City, UT 84111-2765
aty          +Tyler J. Jensen,   LeBaron & Jensen, P.C.,   476 West Heritage Park Blvd.,   Suite 200,
                Layton, UT 84041-5679
tr           +Steven R. Bailey tr,   2454 Washington Blvd.,   Ogden, UT 84401-2312
ust          +United States Trustee,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
                Salt Lake City, UT 84111-3402
5530184       America First Credit Union,   Po Box 9199,   Ogden, UT 84409-0199
5530186      +Bank of the West,   PO Box 8050,   Walnut Creek,  94596-8050
5530187      +Cingular Wireless,   PO Box 30218,   Los Angeles, CA 90030-0218
5530189       Homecomings Financial,   Bankruptcy Dept.,   PO Box 939072,   San Diego, CA 92193-9072
5530190       Key Bank,   PO Box 94902,   Cleveland, OH 44101-4902
5530191       MBNA America,   PO Box 15137,   Wilmington, DE 19886-5287
5530192      +Sears,   PO Box 6563,   Las Vegas, NV 89163-6563
5530193       U.S. Bank N.A.,   PO Box 790117,   St Louis, MO 63179-0117

The following entities were served by electronic transmission on Jul 26, 2006 and receipt of the transmission
was confirmed on:
5530187      +EDI: CINGULAR.COM Jul 26 2006 20:42:00     Cingular Wireless,   PO Box 30218,
                Los Angeles, CA 90030-0218
5530188      +EDI: DISCOVER.COM Jul 26 2006 20:42:00     Discover Card,   PO Box 30395,
                Salt Lake City, UT 84130-0395
5530193       EDI: USBANKARS.COM Jul 26 2006 20:42:00     U.S. Bank N.A.,   PO Box 790117,
                St Louis, MO 63179-0117
                                                                                            TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5530185*      America First Credit Union,   Po Box 9199,   Ogden, UT 84409-0199
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2006** **Signature:** Joseph Speetjens